UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>TOPSON LIGHTING, LTD., a private limited corporation,<br><br>Defendant. | Case No.  5:15-cv-00938 HRL<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiffs' request to continue the Initial Case Management Conference is granted. The Initial Case Management Conference is continued to **August 18, 2015, 1:30 p.m.** A Joint Case Management Statement shall be filed no later than **August 11, 2015**. (If defendant has not yet appeared by that time, then plaintiffs shall file a status report by that date.) All other related deadlines are adjusted accordingly.

SO ORDERED.

Dated:   June 4, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:15-cv-00938-HRL Notice has been electronically mailed to:

Aaron D. Johnson     adjohnson@lrrlaw.com, echang@rh.com, jjones@lrrlaw.com, rcontla@lrrlaw.com

Michael James McCue     MMcCue@LRLaw.com, echang@rh.com, jjones@lrrlaw.com, rcontla@lrrlaw.com

2